◼ ETHEL KRATCHMAN, as Administratrix of the Estate of DAVID KRATCHMAN, Deceased, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 1.) (Claim No. 69769.) [616 NYS2d 320] —Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Margolis, Israel, J. (Appeal from Judgment of Court of Claims, Margolis, Israel, J.—Negligence.) Present—Denman, P. J., Pine, Lawton, Callahan and Davis, JJ.

◼ PURCELL LASSITER, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 2.) (Claim No. 69770.) [616 NYS2d 320] —Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Margolis, Israel, J. (Appeal from Judgment of Court of Claims, Margolis, Israel, J. —Negligence.) Present—Denman, P. J., Pine, Lawton, Callahan and Davis, JJ.